```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,     )  Case No. 97cr3215 JM
                                   )
11                    Plaintiff,   )
                                   )
12        v.                       )  ORDER AND JUDGMENT OF DISMISSAL
                                   )  OF INDICTMENT AND
13   HENRY CESPEDES-BORNER (1),    )  RECALL OF ARREST WARRANTS
     IVAN CESPEDES-BORNER (2),     )
14                                 )
                      Defendants.  )
15   _____)
```

16  Upon motion of the UNITED STATES OF AMERICA [Docket No. 26] and
17  good cause appearing,

18  IT IS HEREBY ORDERED that the Indictment in the above entitled
19  case be dismissed without prejudice, and the Arrest Warrants be
20  recalled.

21  IT IS SO ORDERED.

22  DATED: November 29, 2012

23                                      _____
24                                      Hon. Jeffrey T. Miller
                                        United States District Judge